JS-6

Brian P. Kinder (212332)
THE KINDER LAW GROUP, APC
19200 Von Karman Avenue, Fourth Floor
Irvine, California 92612
Telephone:  (949) 216-3070
Facsimile:   (949) 216-3074
Email:        bkinder@tklglaw.com

Attorneys for Plaintiff/Counterdefendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRTUAL POINT INC., a California corporation dba Captive Media, | Case No.: 8:14-CV-00924 JCG |
| Plaintiff, | **CONSENT JUDGMENT** |
| vs. | |
| JOSEPH ROSENZWEIG, an individual, and DOE DEFENDANTS 1-10, inclusive, | |
| Defendants. | |

# CONSENT JUDGMENT

As attested to by the signatures below, this matter comes before the Court on the parties' joint stipulation for entry of a Consent Judgment. On June 13, 2014, Plaintiff Virtual Point, Inc. brought this action for 1) Declaratory Judgment of no Trademark Infringement, Unfair Competition or violation of the Anticybersquatting Consumer Protection Act, and that Plaintiff is the rightful holder of the <ALFinancial.com> domain name; (2) Fraudulent Misrepresentation; (3) Wire Fraud; (4) Federal Common Law Unfair Competition; and (5) Unfair Competition (Cal. Bus. & Prof. Code Sec. 17200).

The Defendant Joseph Rosenzweig has answered and filed counterclaims in the case. The Parties have reached a settlement which requires entry of a Consent Judgment to fully effect the terms of the settlement and have asked the Court to enter this Consent Judgment consistent with their agreement. Being fully advised, the Court makes the following findings and:

IT IS HEREBY ORDERED that FINAL JUDGMENT is entered as follows:

1. This court has jurisdiction over the parties and venue is proper.
2. The parties expressly consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment.
3. Defendant Rosenzweig acknowledges that he is not the lawful owner of the <www.ALFinancial.com> domain name.
4. Defendant Rosenzweig dismisses all claims, known and unknown, including, without limitation, all counterclaims, he has or may have against Plaintiff Virtual Point, Inc.
5. Plaintiff Virtual Point, Inc. accepts this Consent Judgment and the

CONSENT JUDGMENT
Case No. Case No. 8:14-CV-00924-JCG

1

1 confidential monetary payment set forth in the confidential settlement agreement
2 between the parties in full satisfaction of all claims between the parties, known and
3 unknown.
4     6.    Defendant Rosenzweig shall honor this Consent Judgment for a period
5 of ten (10) years from the Effective Date.
6     7.    This court shall retain exclusive jurisdiction to enforce this Consent
7 Judgment and agreement.
8     8.    This is a final judgment that disposes of all claims between the parties.

IT IS SO ORDERED.

Dated: August 12, 2015

Hon. Jay C. Gandhi
United States Magistrate Judge


THE KINDER LAW GROUP
A Professional Corporation

CONSENT JUDGMENT
Case No. Case No. 8:14-CV-00924-JCG

2